IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RAYMEY VOSS                                                                                              PLAINTIFF
#0034336

v.                                              Case No. 4:21-cv-157-LPR

JOHN STALEY, Sheriff, and
KRISTIE FLUD, Jail Administrator, Lonoke County                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. Dismissal counts as a strike. 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE